Victoria Tenisha Shanae Dillihunt (Full Name)

dillihuntvictoria@yahoo.com (Email Address)

12035 S Broadway # K (Address Line 1)   Homeless this is old address

Los Angeles CA, 90061 (Address Line 2)

No Phone (Phone Number)

Plaintiff in Pro Per

**FILED**
CLERK, U.S. DISTRICT COURT

8/7/24

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____ mz _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Victoria Tenisha Shanae Dillihunt ,

Plaintiff,

vs.

Iglesia Bautista Alpha Omega Baptist Church

Hope House

Balam Window Tint

Balam Tattoo Studio

Defendant(s).

**Case No.**: 2:24-cv-06833-FMO-MAR
(To be supplied by the Clerk)

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**

**Jury Trial Demanded**:  ☒Yes  ☐ No

*(All paragraphs and pages must be numbered.)*

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343.

Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because _____ The situation took place in County of plaintiff's residence _____

*Form prepared by Public Counsel. © 2010, 2023 Public Counsel. All rights reserved. Revised: October 2023*

Civil Rights Complaint Pursuant to U.S.C. § 1983

# III. PARTIES

3.    Plaintiff _____Victoria Tenisha Shanae Dillihunt_____ resides at:

*(your full name)*

12035 S. Broadway #K

Los Angeles CA, 90061                                                              .

*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant __Iglesia Bautista Alpha Omega Baptist Church__ works at

*(full name of Defendant)*

11200 Pope Ave, Lynwood, CA 90262                        .

*(Defendant's place of work)*

Defendant's title or position is _____overseer_____

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☑ official capacity

This Defendant was acting under color of law because: defendant is a part of

the charades of witchcraft. Ex: Motto: _____

_____

5. Defendant _____Hope House_____ works at

*(full name of Defendant)*

4330 Martin Luther King Jr Blvd, Lynwood, CA 90262        .

*(Defendant's place of work)*

Defendant's title or position is _____overseer_____
.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity               ☑ official capacity

This Defendant was acting under color of law because: defendant is a part of

the charades of witchcraft. Ex: _____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

\_\_\_. Defendant _____ **Balam Window Tint** _____ works at
*Insert ¶ #*                    *(full name of Defendant)*

_____ 12501 Long Beach Blvd, Lynwood, CA 90262 _____.
                    *(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.
                                            *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                ■ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____
_____
_____

\_\_\_. Defendant _____ **Balam Tattoo Studio** _____ works at
*Insert ¶ #*                    *(full name of Defendant)*

_____ 2032 W Washington Blvd, Los Angeles, CA 90018 \_\_\_\_\_.
                    *(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.
                                            *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                ☐ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____
_____
_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant  Lions Automobilia Foundation & Museum  works at

2   *Insert ¶ #*                         *(full name of Defendant)*

    2790 E Del Amo Blvd, Rancho Dominguez, CA 90221  .

3                          *(Defendant's place of work)*

4

5   Defendant's title or position is _____ ceo _____ .

                                    *(Defendant's title or position at place of work)*

6   This Defendant is sued in his/her (check one or both):

7       ☒ individual capacity              ☒ official capacity

8

9   This Defendant was acting under color of law because  defendant is a part of

10  the charades of witchcraft. Ex: _____

11  _____

12  _____

13  _____

14

15

16  ___. Defendant            Thunder Studios            works at

17  *Insert ¶ #*                         *(full name of Defendant)*

18  20434 S Santa Fe Ave, Long Beach, CA 90810  .

19                          *(Defendant's place of work)*

20  Defendant's title or position is _____ ceo _____ .

                                    *(Defendant's title or position at place of work)*

21

22

23  This Defendant is sued in his/her (check one or both):

24       ☒ individual capacity              ☐ official capacity

25  This Defendant was acting under color of law because  defendant is a part of

26  the charades of witchcraft. Ex: _____

27  _____

28  _____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ KLBP _____ works at
*Insert ¶ #*                                    *(full name of Defendant)*

_____ 209 Pine Ave, Long Beach, CA 90802 _____ .
                              *(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .
                              *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

    ☒ individual capacity              ☒ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____
_____
_____
_____


___. Defendant _____ Cambodian Global Broadcasting _____ works at
*Insert ¶ #*                                    *(full name of Defendant)*

_____ 1906 E Anaheim St, Long Beach, CA 90813 _____ .
                              *(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .
                              *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

    ☒ individual capacity              ☐ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____
_____
_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

____. Defendant ___**Conroy's Flowers Long Beach**___ works at

*Insert ¶ #*                    *(full name of Defendant)*

___4104 N Lakewood Blvd, Long Beach, CA 90808___.

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____


____. Defendant ___Long Beach Airport (LGB)___ works at

*Insert ¶ #*                    *(full name of Defendant)*

___4100 Donald Douglas Dr, Long Beach, CA 90808___.

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___.  Defendant _____ **Patriot Point** _____ works at

2   *Insert ¶ #*                                    *(full name of Defendant)*

   Bluff Top Park, 2201, CA-1, Huntington Beach, CA 92648 .

3                                        *(Defendant's place of work)*

4

5   Defendant's title or position is _____ ceo _____.

                                        *(Defendant's title or position at place of work)*

6   This Defendant is sued in his/her (check one or both):

7      ☒ individual capacity                    ☒ official capacity

8

9   This Defendant was acting under color of law because  defendant is a part of

10  the charades of witchcraft. Ex: _____

11  _____

12  _____

13  _____

14

15

16   ___.  Defendant _____ **Fairview Park** _____ works at

17  *Insert ¶ #*                                    *(full name of Defendant)*

18   2525 Placentia Ave, Costa Mesa, CA 92626 .

                                        *(Defendant's place of work)*

19

20  Defendant's title or position is _____ ceo _____.

                                        *(Defendant's title or position at place of work)*

21

22

23  This Defendant is sued in his/her (check one or both):

24      ☒ individual capacity                ☐ official capacity

25  This Defendant was acting under color of law because  defendant is a part of

26  the charades of witchcraft. Ex: _____

27  _____

28  _____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____**Seely Park**_____ works at

*Insert ¶ #*                                              *(full name of Defendant)*

_____**9711 Surfcrest Dr, Huntington Beach, CA 92646**_____.

*(Defendant's place of work)*

Defendant's title or position is _____**ceo**_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ■ official capacity

This Defendant was acting under color of law because **defendant is a part of**

**the charades of witchcraft. Ex:** _____

_____

_____

_____

___.  Defendant _____**Jokers Skate Shop**_____ works at

*Insert ¶ #*                                              *(full name of Defendant)*

_____**9606 Hamilton Ave, Huntington Beach, CA 92646**_____.

*(Defendant's place of work)*

Defendant's title or position is _____**ceo**_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because **defendant is a part of**

**the charades of witchcraft. Ex:** _____

_____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ Sea Environment _____ works at

*Insert ¶ #*                                    *(full name of Defendant)*

9632 Hamilton Ave # H7, Huntington Beach, CA 92646 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity        ■ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex:
_____
_____
_____

___.  Defendant _____ Lotus Real Estate & Loans _____ works at

*Insert ¶ #*                                    *(full name of Defendant)*

21782 Ocean Breeze Ln, Huntington Beach, CA 92646 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity        □ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex:
_____
_____
_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ Casa Del Sol Apartments _____ works at

*Insert ¶ #*                          *(full name of Defendant)*

21661 Brookhurst St, Huntington Beach, CA 92646 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☑ individual capacity                    ☑ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

___. Defendant _____ Frank and Joan Randall Preserve _____ works at

*Insert ¶ #*                          *(full name of Defendant)*

J3Q2+5H, Costa Mesa, CA 92663 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☑ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

___.  Defendant  Newport Shores Community Association  works at

*Insert ¶ #*                              *(full name of Defendant)*

511 Canal St, Newport Beach, CA 92663 .

*(Defendant's place of work)*

Defendant's title or position is  ceo .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because  defendant is a part of the charades of witchcraft. Ex:

_____

_____

_____


___.  Defendant  Private Collection Motors Inc  works at

*Insert ¶ #*                              *(full name of Defendant)*

849 W 18th St Suite A, Costa Mesa, CA 92627 .

*(Defendant's place of work)*

Defendant's title or position is  ceo .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because  defendant is a part of the charades of witchcraft. Ex:

_____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ **Bellabu Bear** _____ works at

*Insert ¶ #*  (full name of Defendant)

**1012 Brioso Dr Suite: 102, Costa Mesa, CA 92627** .

(Defendant's place of work)

Defendant's title or position is _____ ceo _____.

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☒ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____

_____

_____

___. Defendant _____ **Costa Mesa Ceramics** _____ works at

*Insert ¶ #*  (full name of Defendant)

**1001 W 17th St n, Costa Mesa, CA 92627** .

(Defendant's place of work)

Defendant's title or position is _____ ceo _____.

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☒ individual capacity          ☐ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant ___Crystal Cove Care Center___ works at
*Insert ¶ #* *(full name of Defendant)*

___1445 Superior Ave, Newport Beach, CA 92663___.
*(Defendant's place of work)*

Defendant's title or position is ___ceo___.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because ___defendant is a part of___
the charades of witchcraft. Ex: _____

_____

_____

_____


___. Defendant ___Inspiration Point___ works at
*Insert ¶ #* *(full name of Defendant)*

___3001 Ocean Blvd, Corona Del Mar, CA 92625___.
*(Defendant's place of work)*

Defendant's title or position is ___ceo___.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ☐ official capacity

This Defendant was acting under color of law because ___defendant is a part of___
the charades of witchcraft. Ex: _____

_____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant __Robert E. Badham ASBS State Water Quality Protection Area__ works at
*Insert ¶ #*                                   *(full name of Defendant)*

## Corona Del Mar, CA 92625 .
*(Defendant's place of work)*

Defendant's title or position is _____ceo_____ .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

  ☒ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex:

_____

_____

_____

___. Defendant _____Crystal Cove State Beach_____ works at
*Insert ¶ #*                                   *(full name of Defendant)*

## Crystal Cove Trail, Newport Beach, CA 92657 .
*(Defendant's place of work)*

Defendant's title or position is _____ceo_____ .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

  ☒ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex:

_____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ Crystal Cove Shake Shack _____ works at

*Insert ¶ #*                                  *(full name of Defendant)*

7703 East Coast Hwy, Newport Beach, CA 92657 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

___. Defendant _____ Companions In Grace Foundation _____ works at

*Insert ¶ #*                                  *(full name of Defendant)*

9 Canyon Rim, Newport Beach, CA 92657 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

___. Defendant _____ Spyglass Hill Reservoir Park _____ works at
Insert ¶ #                                                        *(full name of Defendant)*

_____ 21 Muir Beach Cir, Corona Del Mar, CA 92625 _____ .
                                                        *(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .
                                                        *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

___. Defendant _____ Spyglass Hill Park _____ works at
Insert ¶ #                                                        *(full name of Defendant)*

_____ Spy Glass Hill Rd, Newport Beach, CA 92660 _____ .
                                                        *(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .
                                                        *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ Galaxy View Park _____ works at

*Insert ¶ #*  *(full name of Defendant)*

___1392 Galaxy Dr, Newport Beach, CA 92660___ .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____
_____
_____

___. Defendant _____ Castaways Park _____ works at

*Insert ¶ #*  *(full name of Defendant)*

___700 Dover Dr, Newport Beach, CA 92660___ .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ☐ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____
_____
_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant _____ Marine War Memorial _____ works at

2   *Insert ¶ #*                                  *(full name of Defendant)*

3   _____ Unnamed Road, Newport Beach, CA 92660 _____.

                                *(Defendant's place of work)*

4

5   Defendant's title or position is _____ ceo _____.

                                *(Defendant's title or position at place of work)*

6   This Defendant is sued in his/her (check one or both):

7      ■ individual capacity                    ■ official capacity

8

9   This Defendant was acting under color of law because defendant is a part of

10  the charades of witchcraft. Ex: _____

11  _____

12  _____

13  _____

14

15

16  ___. Defendant _____ Compass _____ works at

17  *Insert ¶ #*                                  *(full name of Defendant)*

18  _____ 341 Bayside Dr, Newport Beach, CA 92660 _____.

                                *(Defendant's place of work)*

19

20  Defendant's title or position is _____ ceo _____.

21                                *(Defendant's title or position at place of work)*

22

23  This Defendant is sued in his/her (check one or both):

24     ■ individual capacity                    ☐ official capacity

25  This Defendant was acting under color of law because defendant is a part of

26  the charades of witchcraft. Ex: _____

27  _____

28  _____

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

___. Defendant _____ Between The Sheets _____ works at

*Insert ¶ #*                                                           *(full name of Defendant)*

2

377 East Coast Hwy D, Newport Beach, CA 92660 .

3

*(Defendant's place of work)*

4

5

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

6

This Defendant is sued in his/her (check one or both):

7

■ individual capacity                    ■ official capacity

8

9

This Defendant was acting under color of law because defendant is a part of

10

the charades of witchcraft. Ex:

11

_____

12

_____

13

_____

14

15

16

___. Defendant _____ Boomers Irvine _____ works at

17

*Insert ¶ #*                                                           *(full name of Defendant)*

18

3405 Michelson Dr, Irvine, CA 92612 .

*(Defendant's place of work)*

19

20

Defendant's title or position is _____ ceo _____ .

21

*(Defendant's title or position at place of work)*

22

23

This Defendant is sued in his/her (check one or both):

24

■ individual capacity                    ☐ official capacity

25

This Defendant was acting under color of law because defendant is a part of

the charades of witchcraft. Ex:

26

_____

27

_____

28

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant ___The Commons at UCI Research Park___ works at

*Insert ¶ #*                    *(full name of Defendant)*

5301 California Ave, Irvine, CA 92617 .

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ■ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____
_____
_____

___. Defendant ___University Lab Partners___ works at

*Insert ¶ #*                    *(full name of Defendant)*

5270 California Ave Suite 300, Irvine, CA 92617 .

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____
_____
_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____Newport Beach California Temple_____ works at

*Insert ¶ #*                                          *(full name of Defendant)*

_____2300 Bonita Canyon Dr, Newport Beach, CA 92660_____.

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because ___defendant is a part of___ the charades of witchcraft. Ex: _____

_____

_____

___. Defendant _____Crown Ace Hardware_____ works at

*Insert ¶ #*                                          *(full name of Defendant)*

_____2644 San Miguel Dr, Newport Beach, CA 92660_____.

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because ___defendant is a part of___ the charades of witchcraft. Ex: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ **Gateway Park** _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

**Irvine, CA 92617** .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of

the charades of witchcraft. Ex: _____

_____

_____

___. Defendant _____ Merage Jewish Community Center of Orange County _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

**1 Federation Way, Irvine, CA 92603** .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because defendant is a part of

the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ Sage Hill School _____ works at

Insert ¶ # *(full name of Defendant)*

20402 Newport Coast Dr, Newport Coast, CA 92657 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

_____

___. Defendant _____ University High School _____ works at

Insert ¶ # *(full name of Defendant)*

4771 Campus Dr, Irvine, CA 92612 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ Adventure Playground _____ works at
*Insert ¶ #*                    *(full name of Defendant)*

1 Beech Tree Ln, Irvine, CA 92612                    .
*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:
_____
_____

___. Defendant _____ Irvine Hindu Mandir _____ works at
*Insert ¶ #*                    *(full name of Defendant)*

1861 Reynolds Ave, Irvine, CA 92614                    .
*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:
_____
_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **Orange County Production Studios** works at

*Insert ¶ #*                                    *(full name of Defendant)*

**17518 Von Karman Ave, Irvine, CA 92614**.

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

___. Defendant **North Italia** works at

*Insert ¶ #*                                    *(full name of Defendant)*

**2957 Michelson Dr, Irvine, CA 92612**.

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                    □ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

___. Defendant _____ Irvine Lanes _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

3415 Michelson Dr, Irvine, CA 92612 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of

the charades of witchcraft. Ex: _____

_____

_____

_____

___. Defendant _____ Legacy Magnet Academy _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

15500 Legacy Rd, Tustin, CA 92782 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because defendant is a part of

the charades of witchcraft. Ex: _____

_____

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **Noah's NY Bagels** works at

*Insert ¶ #*          *(full name of Defendant)*

15020 Kensington Park Dr Suite J-400, Tustin, CA 92780 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

_____

_____

_____

___. Defendant **Raj Manufacturing Inc** works at

*Insert ¶ #*          *(full name of Defendant)*

2712 Dow Ave, Tustin, CA 92780 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

_____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ Olympia Training Center _____ works at

*Insert ¶ #* *(full name of Defendant)*

_____ 2600 Walnut Ave # G, Tustin, CA 92780 _____ .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity        ■ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____

_____

_____

___. Defendant _____ Chinmaya Mission (CMLA) _____ works at

*Insert ¶ #* *(full name of Defendant)*

_____ 14451 Franklin Ave, Tustin, CA 92780 _____ .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity        ☐ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ Young's Market Company _____ works at
*Insert ¶ #*                          *(full name of Defendant)*

14402 Franklin Ave, Tustin, CA 92780 .
*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex:
_____
_____
_____

___. Defendant _____ Werner Systems, Inc. _____ works at
*Insert ¶ #*                          *(full name of Defendant)*

14321 Myford Rd, Tustin, CA 92780 .
*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex:
_____
_____
_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____**Largo Concrete, Inc.**_____ works at

*Insert ¶ #*                    *(full name of Defendant)*

_____**2741 Walnut Ave, Tustin, CA 92780**_____.

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity              ■ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex:
_____
_____
_____

___. Defendant _____**Bats Unlimited**_____ works at

*Insert ¶ #*                    *(full name of Defendant)*

_____**2852 Walnut Ave, Tustin, CA 92780**_____.

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity              ☐ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex:
_____
_____
_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ Baseballogy _____ works at

*Insert ¶ #*      *(full name of Defendant)*

2872 Walnut Ave, Tustin, CA 92780 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☑ individual capacity      ☑ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

___. Defendant _____ Live Love Spa _____ works at

*Insert ¶ #*      *(full name of Defendant)*

2991 Dow Ave, Tustin, CA 92780 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☑ individual capacity      ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

____. Defendant _____ **Wedding Favorites** _____ works at

*Insert ¶ #*                                *(full name of Defendant)*

**14752 Sinclair Cir, Tustin, CA 92780** .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity            ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

____. Defendant _____ **Voice Church** _____ works at

*Insert ¶ #*                                *(full name of Defendant)*

**3002 Dow Ave #140, Tustin, CA 92780** .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity            ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant _____ Top Hat 8 Repertory _____ works at

2  *Insert ¶ #*                               *(full name of Defendant)*

   3002 Dow Ave #106, Tustin, CA 92780 .

3                          *(Defendant's place of work)*

4

5  Defendant's title or position is _____ ceo _____ .

                                    *(Defendant's title or position at place of work)*

6  This Defendant is sued in his/her (check one or both):

7     ■ individual capacity              ■ official capacity

8

9  This Defendant was acting under color of law because defendant is a part of

10 the charades of witchcraft. Ex: _____

11 _____

12 _____

13

14

15

16 ___. Defendant _____ Karate For All _____ works at

17 *Insert ¶ #*                               *(full name of Defendant)*

18 3002 Dow Ave Suite #114, Tustin, CA 92780 .

                          *(Defendant's place of work)*

19

20 Defendant's title or position is _____ ceo _____ .

                                    *(Defendant's title or position at place of work)*

21

22

23 This Defendant is sued in his/her (check one or both):

24     ■ individual capacity              ☐ official capacity

25 This Defendant was acting under color of law because defendant is a part of

   the charades of witchcraft. Ex: _____

26 _____

27 _____

28 _____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant __AAA Sports Club, Irvine, CA__ works at

Insert ¶ #                              *(full name of Defendant)*

__14522 Myford Rd, Irvine, CA 92606__.

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☑ individual capacity            ☑ official capacity

This Defendant was acting under color of law because __defendant is a part of__ the charades of witchcraft. Ex:_____

_____

_____

___. Defendant __AAA Quality Self Storage__ works at

Insert ¶ #                              *(full name of Defendant)*

__2681 Walnut Ave, Tustin, CA 92780__.

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☑ individual capacity            ☐ official capacity

This Defendant was acting under color of law because __defendant is a part of__ the charades of witchcraft. Ex:_____

_____

_____

___.  Defendant __New American Funding - Tustin, CA__ works at

*Insert ¶ #*                    *(full name of Defendant)*

__14511 Myford Rd Ste. 100, Tustin, CA 92780__.

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because __defendant is a part of__
the charades of witchcraft. Ex: _____

_____

_____

___.  Defendant _____Momentous Sports Center_____ works at

*Insert ¶ #*                    *(full name of Defendant)*

__14522 Myford Rd, Irvine, CA 92606__.

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ☐ official capacity

This Defendant was acting under color of law because __defendant is a part of__
the charades of witchcraft. Ex: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___.   Defendant _____ **D-Link** _____ works at

     *Insert ¶ #*                      *(full name of Defendant)*

2    14420 Myford Rd # 100, Irvine, CA 92606 .

                *(Defendant's place of work)*

5    Defendant's title or position is _____ **ceo** _____ .

                *(Defendant's title or position at place of work)*

6    This Defendant is sued in his/her (check one or both):

     ☒ individual capacity           ☒ official capacity

   This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

16    ___.   Defendant _____ **Los Angeles Asylum Office** _____ works at

     *Insert ¶ #*                      *(full name of Defendant)*

18    14101 Myford Rd, Tustin, CA 92780 .

                *(Defendant's place of work)*

20    Defendant's title or position is _____ **ceo** _____ .

                *(Defendant's title or position at place of work)*

23    This Defendant is sued in his/her (check one or both):

     ☒ individual capacity           ☐ official capacity

   This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ Key Inn and Suites _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

1611 El Camino Real, Tustin, CA 92780 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☑ individual capacity                    ☑ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

___. Defendant _____ Motel 6 Santa Ana, CA _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

1623 E 1st St, Santa Ana, CA 92701 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☑ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ Century High School _____ works at

*Insert ¶ #*                          *(full name of Defendant)*

_____ 1401 S Grand Ave, Santa Ana, CA 92705 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity              ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

___.  Defendant _____ Bud And Bloom _____ works at

*Insert ¶ #*                          *(full name of Defendant)*

_____ 1327 E St Gertrude Pl, Santa Ana, CA 92705 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity              ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant ___Coco Ichibanya Curry Restaurant IRVINE___ works at
*Insert ¶ #*                          *(full name of Defendant)*

___2710 Alton Pkwy #115, Irvine, CA 92606___.
                          *(Defendant's place of work)*

Defendant's title or position is _____ceo_____.
                          *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity            ■ official capacity

This Defendant was acting under color of law because ___defendant is a part of___
___the charades of witchcraft. Ex:___
_____
_____
_____


___. Defendant ___Lyon Air Museum___ works at
*Insert ¶ #*                          *(full name of Defendant)*

___19300 Ike Jones Rd, Santa Ana, CA 92707___.
                          *(Defendant's place of work)*

Defendant's title or position is _____ceo_____.
                          *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity            ☐ official capacity

This Defendant was acting under color of law because ___defendant is a part of___
___the charades of witchcraft. Ex:___
_____
_____
_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **Insight Vision Center Optometry** works at

*Insert ¶ #*                    *(full name of Defendant)*

**3151 Airway Ave Ste M3, Costa Mesa, CA 92626** .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity        ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

___. Defendant **Airway Commerce Center** works at

*Insert ¶ #*                    *(full name of Defendant)*

**3184-3188 Airway Ave, Costa Mesa, CA 92626** .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity        ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **John Wayne Airport Cell Phone Waiting Lot** works at

*Insert ¶ #*                                         *(full name of Defendant)*

**18601 Airport Way, Irvine, CA 92612** .

*(Defendant's place of work)*

Defendant's title or position is _____ **ceo** _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity        ■ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft. Ex:**

_____

_____

_____

___. Defendant **Siva Kameswari Temple (Vedic Spiritual Center)** works at

*Insert ¶ #*                                         *(full name of Defendant)*

**3198-J, Airport Loop Dr J, Costa Mesa, CA 92626** .

*(Defendant's place of work)*

Defendant's title or position is _____ **ceo** _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity        ☐ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft. Ex:**

_____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ Life Time _____ works at

*Insert ¶ #*                                *(full name of Defendant)*

18007 Von Karman Ave, Irvine, CA 92612 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity            ☒ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____

_____

_____

___. Defendant    Hidden Donkey Escape Rooms    works at

*Insert ¶ #*                                *(full name of Defendant)*

17925 Sky Park Cir Ste B, Irvine, CA 92614 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity            ☐ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant ___EscapeX Rooms - Irvine Escape Room___ works at

*Insert ¶ #*                              *(full name of Defendant)*

___17981 Sky Park Cir H, Irvine, CA 92614___.

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☑ individual capacity          ☑ official capacity

This Defendant was acting under color of law because ___defendant is a part of the charades of witchcraft. Ex:_____
_____
_____

___. Defendant _____Venture Park_____ works at

*Insert ¶ #*                              *(full name of Defendant)*

___36 Executive Park, Irvine, CA 92614___.

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☑ individual capacity          ☐ official capacity

This Defendant was acting under color of law because ___defendant is a part of the charades of witchcraft. Ex:_____
_____
_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant _____ **Columbus Square** _____ works at

2  *Insert ¶ #*                        *(full name of Defendant)*

   **1448 Montgomery St, Tustin, CA 92782** .

3                        *(Defendant's place of work)*

4

5  Defendant's title or position is _____ **ceo** _____ .

                                    *(Defendant's title or position at place of work)*

6  This Defendant is sued in his/her (check one or both):

7         ■ individual capacity              ■ official capacity

8

9  This Defendant was acting under color of law because defendant is a part of

10 the charades of witchcraft. Ex: _____

11 _____

12 _____

13 _____

14

15

16 ___. Defendant _____ **Marconi Automotive Museum** _____ works at

17 *Insert ¶ #*                        *(full name of Defendant)*

18         **1302 Industrial Dr, Tustin, CA 92780** .

                        *(Defendant's place of work)*

19

20 Defendant's title or position is _____ **ceo** _____ .

21                                    *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):

24         ■ individual capacity              ☐ official capacity

25 This Defendant was acting under color of law because defendant is a part of

26 the charades of witchcraft. Ex: _____

27 _____

28 _____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ ACE Garage _____ works at

Insert ¶ #                    *(full name of Defendant)*

15601 Mosher Ave, Tustin, CA 92780 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

  ☒ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____

_____

_____

_____

___.  Defendant _____ Cookies _____ works at

Insert ¶ #                    *(full name of Defendant)*

1821 Newport Cir, Santa Ana, CA 92705 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

  ☒ individual capacity          ☐ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____

_____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant    Social services agency family self-sufficiency Cal works east region    works at

*Insert ¶ #*    *(full name of Defendant)*

2    1928 S Grand Ave, Santa Ana, CA 92705    .

3    *(Defendant's place of work)*

4

5    Defendant's title or position is    ceo    .

    *(Defendant's title or position at place of work)*

6    This Defendant is sued in his/her (check one or both):

7    ■ individual capacity            ■ official capacity

8

9    This Defendant was acting under color of law because    defendant is a part of

10    the charades of witchcraft. Ex:

11    _____

12    _____

13    _____

14

15

16    ___. Defendant    Holovision    works at

17    *Insert ¶ #*    *(full name of Defendant)*

18    501 E Goetz Ave, Santa Ana, CA 92707    .

19    *(Defendant's place of work)*

20    Defendant's title or position is    ceo    .

21    *(Defendant's title or position at place of work)*

22

23    This Defendant is sued in his/her (check one or both):

24    ■ individual capacity            ☐ official capacity

25    This Defendant was acting under color of law because    defendant is a part of

26    the charades of witchcraft. Ex:

27    _____

28    _____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____**Lillie King Park**_____ works at
*Insert ¶ #*                    *(full name of Defendant)*

_____**500 W Alton Ave, Santa Ana, CA 92707**_____.
*(Defendant's place of work)*

Defendant's title or position is _____**ceo**_____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft. Ex:** _____

_____

_____

_____

___. Defendant _____**Toyland Heaven Daycare**_____ works at
*Insert ¶ #*                    *(full name of Defendant)*

_____**413 Curie Ave, Santa Ana, CA 92707**_____.
*(Defendant's place of work)*

Defendant's title or position is _____**ceo**_____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ☐ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft. Ex:** _____

_____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ **Bel Air Machining Co** _____ works at

*Insert ¶ #*                              *(full name of Defendant)*

_____ 151 E Columbine Ave, Santa Ana, CA 92707 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____

_____

_____

_____

___. Defendant _____ **Foster Printing Co.** _____ works at

*Insert ¶ #*                              *(full name of Defendant)*

_____ 700 E Alton Ave, Santa Ana, CA 92705 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **First American Title Company** works at
*Insert ¶ #*                    *(full name of Defendant)*

**4 First American Way, Santa Ana, CA 92707** .
*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity            ■ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____

_____

_____

___. Defendant **First American Corporate Office** works at
*Insert ¶ #*                    *(full name of Defendant)*

**1 First American Way, Santa Ana, CA 92707** .
*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity            ☐ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ First American Trust _____ works at
*Insert ¶ #*                              *(full name of Defendant)*

5 First American Way, Santa Ana, CA 92707 .
*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity            ☒ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____
_____
_____

___. Defendant _____ Unrivaled Brands Inc _____ works at
*Insert ¶ #*                              *(full name of Defendant)*

3242 S Halladay St Suite 202, Santa Ana, CA 92705 .
*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity            ☐ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____
_____
_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ San Diego Florist Supplies Inc _____ works at

*Insert ¶ #*                                *(full name of Defendant)*

_____ 3241 S Halladay St, Santa Ana, CA 92705 _____ .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ■ official capacity

This Defendant was acting under color of law because _____ defendant is a part of

the charades of witchcraft. Ex: _____

_____

_____

___. Defendant _____ Tesla _____ works at

*Insert ¶ #*                                *(full name of Defendant)*

_____ 3220-3230 S Standard Ave, Santa Ana, CA 92705 _____ .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because _____ defendant is a part of

the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ **First American** _____ works at
*Insert ¶ #*          *(full name of Defendant)*

**3231 S Standard Ave, Santa Ana, CA 92705** .
*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

___. Defendant _____ **Danchuk Manufacturing** _____ works at
*Insert ¶ #*          *(full name of Defendant)*

**3201 S Standard Ave, Santa Ana, CA 92705** .
*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ **Easterseals** _____ works at

*Insert ¶ #*                                                      *(full name of Defendant)*

1063 McGaw Ave, Irvine, CA 92614 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex:

_____

_____


___. Defendant _____ **Rebel Strength** _____ works at

*Insert ¶ #*                                                      *(full name of Defendant)*

1370 Reynolds Ave #100, Irvine, CA 92614 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ☐ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex:

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ Club Cat _____ works at

*Insert ¶ #*                                    *(full name of Defendant)*

1360 Reynolds Ave Ste 120, Irvine, CA 92614 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

_____

_____

_____

___.  Defendant _____ OC WRAP SHOP _____ works at

*Insert ¶ #*                                    *(full name of Defendant)*

1340 Reynolds Ave # 108, Irvine, CA 92614 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

_____

_____

_____

___. Defendant _____ Sun Chlorella USA, Corp. _____ works at
*Insert ¶ #* *(full name of Defendant)*
_____ 17372 Eastman, Irvine, CA 92614 _____.
*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____
_____
_____

___. Defendant _____ Min-E-Con _____ works at
*Insert ¶ #* *(full name of Defendant)*
_____ 17312 Eastman, Irvine, CA 92614 _____.
*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          □ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____
_____
_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **Brainy Actz Escape Rooms Irvine** works at
*Insert ¶ #*                          *(full name of Defendant)*

**1340 Reynolds Ave # 101, Irvine, CA 92614** .
*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____
_____
_____

___. Defendant _____ **BTC POWER** _____ works at
*Insert ¶ #*                          *(full name of Defendant)*

**17671 Cowan Suite 200, Irvine, CA 92614** .
*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          □ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____
_____
_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____**Mesa Church**_____ works at

*Insert ¶ #*                                    *(full name of Defendant)*

_____17660 Cowan, Irvine, CA 92614_____.

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

   ■ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

_____

_____

_____

___.  Defendant _____**SoCal Powerlifting**_____ works at

*Insert ¶ #*                                    *(full name of Defendant)*

_____17855 Sky Park Cir A, Irvine, CA 92614_____.

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

   ■ individual capacity          ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

_____

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ Miracles for Kids _____ works at

*Insert ¶ #*                           *(full name of Defendant)*

17848 Sky Park Cir, Irvine, CA 92614 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ■ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____
_____
_____



___. Defendant _____ LoveSewTrue _____ works at

*Insert ¶ #*                           *(full name of Defendant)*

18025 Sky Park Cir ste g, Irvine, CA 92614 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____
_____
_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ Justin's Fades & Hairstyles _____ works at
*Insert ¶ #*                                    *(full name of Defendant)*

17775 Main St suite d, Irvine, CA 92614 .
*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

___. Defendant _____ Macdonald & Cody, LLP _____ works at
*Insert ¶ #*                                    *(full name of Defendant)*

28 Executive Park Third Floor, Irvine, CA 92614 .
*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

1  ___. Defendant _____ **RAM Construction** _____ works at

2  *Insert ¶ #*                    *(full name of Defendant)*

   **20 Executive Park Suite 250, Irvine, CA 92614** .

3                    *(Defendant's place of work)*

4

5  Defendant's title or position is _____ ceo _____ .

                       *(Defendant's title or position at place of work)*

6  This Defendant is sued in his/her (check one or both):

7  ■ individual capacity              ■ official capacity

8

9  This Defendant was acting under color of law because defendant is a part of

10 the charades of witchcraft. Ex:

11 _____

12 _____

13 _____

14

15

16 ___. Defendant _____ **Guardian Tax** _____ works at

17 *Insert ¶ #*                    *(full name of Defendant)*

18 **32 Executive Park suite 140, Irvine, CA 92614** .

                       *(Defendant's place of work)*

19

20 Defendant's title or position is _____ ceo _____ .

21                      *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):

24 ■ individual capacity              ☐ official capacity

25 This Defendant was acting under color of law because defendant is a part of

26 the charades of witchcraft. Ex:

27 _____

28 _____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

\_\_\_.  Defendant _____ Artbeat Studios _____ works at

*Insert ¶ #*                      *(full name of Defendant)*

_____ 18103 Sky Park Cir suite e, Irvine, CA 92614 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity            ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

\_\_\_.  Defendant _____ Thai Moon Massage & Spa _____ works at

*Insert ¶ #*                      *(full name of Defendant)*

_____ 17801 Main St G, Irvine, CA 92614 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity            ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

___.  Defendant _____ **Universal Hair Salons** _____ works at

*Insert ¶ #*                        *(full name of Defendant)*

_____ 17911 Sky Park Cir, Irvine, CA 92614 _____ .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

___.  Defendant _____ **Labelin** _____ works at

*Insert ¶ #*                        *(full name of Defendant)*

17915 Sky Park Cir suite F, Irvine, CA 92614 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____**Kathleen Lopes Studio**_____ works at

*Insert ¶ #*                              *(full name of Defendant)*

17911 Sky Park Cir Suite C, Building 26, Irvine, CA 92614 .

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of

the charades of witchcraft. Ex:

_____

_____

_____

___.  Defendant _____Project Home Design Studio_____ works at

*Insert ¶ #*                              *(full name of Defendant)*

17911 Sky Park Cir G, Irvine, CA 92614 .

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ☐ official capacity

This Defendant was acting under color of law because defendant is a part of

the charades of witchcraft. Ex:

_____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ KATE FLOWERS LA _____ works at

*Insert ¶ #*                              *(full name of Defendant)*

_____ 17891 Sky Park Cir Ste E, Irvine, CA 92606 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex:

_____

_____

_____

___.  Defendant  International Society for Children with Cancer  works at

*Insert ¶ #*                              *(full name of Defendant)*

_____ 17701 Cowan #130a, Irvine, CA 92614 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ☐ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex:

_____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____**Adaptive Power Systems**_____ works at

*Insert ¶ #*                                        *(full name of Defendant)*

17711 Mitchell N, Irvine, CA 92614 .

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:
_____
_____
_____

___. Defendant _____**Boys Hope Girls Hope**_____ works at

*Insert ¶ #*                                        *(full name of Defendant)*

17701 Cowan Ste 150, Irvine, CA 92614 .

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:
_____
_____
_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ Public Art "Ram" _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

Park Center Dr, Costa Mesa, CA 92626          .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of

the charades of witchcraft. Ex: _____

_____

_____

_____

___. Defendant _____ Park Tower _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

695 Town Center Dr, Costa Mesa, CA 92626          .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity          ☐ official capacity

This Defendant was acting under color of law because defendant is a part of

the charades of witchcraft. Ex: _____

_____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ **Unity Bridge** _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

3326-3354 Bristol St, Costa Mesa, CA 92626 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

_____

_____

_____

___. Defendant _____ **Foot Bridge** _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

3326-3354 Bristol St, Costa Mesa, CA 92626 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

_____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ **Wakeham Park** _____ works at

*Insert ¶ #*                                          *(full name of Defendant)*

**3400 Smalley Rd, Costa Mesa, CA 92626** .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity            ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

_____


___.  Defendant _____ **The Cape Apartments** _____ works at

*Insert ¶ #*                                          *(full name of Defendant)*

**1000 S Coast Dr, Costa Mesa, CA 92626** .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity            ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ South Coast Metro Homes _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

2521 W Sunflower Ave, Santa Ana, CA 92704 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☑ individual capacity                    ☑ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

_____

___. Defendant _____ 5 Star Limousine & Transportation Services _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

1111 S Coast Dr, Costa Mesa, CA 92626 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☑ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **Next Gen Enterprises** works at

*Insert ¶ #*                      *(full name of Defendant)*

**3560 Cadillac Ave, Costa Mesa, CA 92626** .

*(Defendant's place of work)*

Defendant's title or position is **ceo** .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

_____

_____

_____

___. Defendant **Habit Hemp** works at

*Insert ¶ #*                      *(full name of Defendant)*

**3550 Cadillac Ave, Costa Mesa, CA 92626** .

*(Defendant's place of work)*

Defendant's title or position is **ceo** .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

_____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ NannyLead _____ works at

*Insert ¶ #*                          *(full name of Defendant)*

3540 Cadillac Ave, Costa Mesa, CA 92626 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex:

_____

_____

_____

___. Defendant _____ Battery Specialties _____ works at

*Insert ¶ #*                          *(full name of Defendant)*

3530 Cadillac Ave, Costa Mesa, CA 92626 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ☐ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex:

_____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant __Robinson Pharma Warehouse__ works at

*Insert ¶ #*                          *(full name of Defendant)*

__1683 Sunflower Ave, Costa Mesa, CA 92626__ .

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity            ■ official capacity

This Defendant was acting under color of law because __defendant is a part of__
the charades of witchcraft. Ex: _____

_____

_____

___. Defendant _____Fabulous CD_____ works at

*Insert ¶ #*                          *(full name of Defendant)*

__3505 Cadillac Ave #202m, Costa Mesa, CA 92626__ .

*(Defendant's place of work)*

Defendant's title or position is _____ceo_____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity            ☐ official capacity

This Defendant was acting under color of law because __defendant is a part of__
the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ Pro-Lite, Inc. _____ works at

*Insert ¶ #*                            *(full name of Defendant)*

_____ 3505 Cadillac Ave STE D, Costa Mesa, CA 92626 _____ .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity          ☒ official capacity

This Defendant was acting under color of law because __defendant is a part of__

the charades of witchcraft. Ex: _____

_____

_____

___. Defendant _____ Project Independence _____ works at

*Insert ¶ #*                            *(full name of Defendant)*

_____ 3505 Cadillac Ave STE O103, Costa Mesa, CA 92626 _____ .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity          ☐ official capacity

This Defendant was acting under color of law because __defendant is a part of__

the charades of witchcraft. Ex: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

\_\_\_. Defendant **Pyramid Laboratories,Inc.** works at
*Insert ¶ #* *(full name of Defendant)*

3545 Cadillac Ave, Costa Mesa, CA 92626 .
*(Defendant's place of work)*

Defendant's title or position is **ceo** .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

_____

_____

_____

\_\_\_. Defendant **Interfocus** works at
*Insert ¶ #* *(full name of Defendant)*

3565 Cadillac Ave, Costa Mesa, CA 92626 .
*(Defendant's place of work)*

Defendant's title or position is **ceo** .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity          ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

_____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___.  Defendant  Designer's Moving Service, Inc.  works at
Insert ¶ #                                *(full name of Defendant)*

2    3595 Cadillac Ave Suite 102, Costa Mesa, CA 92626 .

3                        *(Defendant's place of work)*

4

5    Defendant's title or position is _____ ceo _____.

                        *(Defendant's title or position at place of work)*

6    This Defendant is sued in his/her (check one or both):

7        ■ individual capacity              ■ official capacity

8

9    This Defendant was acting under color of law because  defendant is a part of

10   the charades of witchcraft. Ex: _____

11   _____

12   _____

13   _____

14

15

16   ___.  Defendant    Lambda Research Optics, Inc.    works at
Insert ¶ #                                *(full name of Defendant)*

17   1695 MacArthur Blvd, Costa Mesa, CA 92626 .

18                        *(Defendant's place of work)*

19

20   Defendant's title or position is _____ ceo _____.

21                        *(Defendant's title or position at place of work)*

22

23   This Defendant is sued in his/her (check one or both):

24       ■ individual capacity              ☐ official capacity

25   This Defendant was acting under color of law because  defendant is a part of

26   the charades of witchcraft. Ex: _____

27   _____

28   _____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ **Masterpiece Nail Spa** _____ works at

*Insert ¶ #* *(full name of Defendant)*

_____ 3590 Cadillac Ave, Costa Mesa, CA 92626 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☑ individual capacity          ☑ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

_____

_____

_____

___. Defendant _____ **Goldsheep Clothing** _____ works at

*Insert ¶ #* *(full name of Defendant)*

_____ 3505 Cadillac Ave STE G1, Costa Mesa, CA 92626 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☑ individual capacity          ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

_____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ Beauty by B _____ works at

*Insert ¶ #*                                    *(full name of Defendant)*

3505 Cadillac Ave, Costa Mesa, CA 92626 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____

_____

_____

_____

___. Defendant _____ Core 3 Technologies _____ works at

*Insert ¶ #*                                    *(full name of Defendant)*

3505 Cadillac Ave L1, Costa Mesa, CA 92626 .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ Swiss Wire EDM _____ works at
*Insert ¶ #*                                      *(full name of Defendant)*

_____ 3505 Cadillac Ave STE J1, Costa Mesa, CA 92626 _____.
                                      *(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.
                                      *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

  ■ individual capacity                    ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

_____

___. Defendant _____ St Barnabas Orthodox Church _____ works at
*Insert ¶ #*                                      *(full name of Defendant)*

_____ 3505 Cadillac Ave STE G3, Costa Mesa, CA 92626 _____.
                                      *(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.
                                      *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

  ■ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ **Sharon Hair** _____ works at

*Insert ¶ #*                *(full name of Defendant)*

_____ **10512 Knott Ave, Stanton, CA 90680** _____.

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ☑ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

_____

_____

_____

___. Defendant _____ **Air Industries Company** _____ works at

*Insert ¶ #*                *(full name of Defendant)*

_____ **12570 Knott St, Garden Grove, CA 92841** _____.

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☑ individual capacity          ☐ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex:

_____

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ **Rodeo 39 Public Market** _____ works at

Insert ¶ #                          *(full name of Defendant)*

_____ **12885 Beach Blvd, Stanton, CA 90680** _____.

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of

the charades of witchcraft. Ex: _____

_____

_____

___.  Defendant _____ **MoonGoat Coffee** _____ works at

Insert ¶ #                          *(full name of Defendant)*

_____ **7200 Acacia Ave, Garden Grove, CA 92841** _____.

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity          ☐ official capacity

This Defendant was acting under color of law because defendant is a part of

the charades of witchcraft. Ex: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

**Congressional Record--Appendix, pp. A34-A35**
**Current Communist Goals**

EXTENSION OF REMARKS OF HON. A. S. HERLONG, JR. OF FLORIDA
IN THE HOUSE OF REPRESENTATIVES
Thursday, January 10, 1963

*Mr. HERLONG.* Mr. Speaker, Mrs. Patricia Nordman of De Land, Fla., is an ardent and articulate opponent of communism, and until recently published the De Land Courier, which she dedicated to the purpose of alerting the public to the dangers of communism in America.

At Mrs. Nordman's request, I include in the RECORD, under unanimous consent, the following "Current Communist Goals," which she identifies as an excerpt from "The Naked Communist," by Cleon Skousen:

## CURRENT COMMUNIST GOALS

1. U.S. acceptance of coexistence as the only alternative to atomic war.

2. U.S. willingness to capitulate in preference to engaging in atomic war.

3. Develop the illusion that total disarmament [by] the United States would be a demonstration of moral strength.

4. Permit free trade between all nations regardless of Communist affiliation and regardless of whether or not items could be used for war.

5. Extension of long-term loans to Russia and Soviet satellites.

6. Provide American aid to all nations regardless of Communist domination.

7. Grant recognition of Red China. Admission of Red China to the U.N.

8. Set up East and West Germany as separate states in spite of Khrushchev's promise in 1955 to settle the German question by free elections under supervision of the U.N.

9. Prolong the conferences to ban atomic tests because the United States has agreed to suspend tests as long as negotiations are in progress.

10. Allow all Soviet satellites individual representation in the U.N.

11. Promote the U.N. as the only hope for mankind. If its charter is rewritten, demand that it be set up as a one-world government with its own independent armed forces. (Some Communist leaders believe the world can be taken over as easily by the U.N. as by Moscow. Sometimes these two centers compete with each other as they are now doing in the Congo.)

12. Resist any attempt to outlaw the Communist Party.

13. Do away with all loyalty oaths.

14. Continue giving Russia access to the U.S. Patent Office.

15. Capture one or both of the political parties in the United States.

16. Use technical decisions of the courts to weaken basic American institutions by claiming their activities violate civil rights.

17. Get control of the schools. Use them as transmission belts for socialism and current Communist propaganda. Soften the curriculum. Get control of teachers' associations. Put the party line in textbooks.

18. Gain control of all student newspapers.

19. Use student riots to foment public protests against programs or organizations which are under Communist attack.

20. Infiltrate the press. Get control of book-review assignments, editorial writing, and policymaking positions.



21. Gain control of key positions in radio, TV, and motion pictures.

22. Continue discrediting American culture by degrading all forms of artistic expression. An American Communist cell was told to "eliminate all good sculpture from parks and buildings, substitute shapeless, awkward and meaningless forms."

23. Control art critics and directors of art museums. "Our plan is to promote ugliness, repulsive, meaningless art."

24. Eliminate all laws governing obscenity by calling them "censorship" and a violation of free speech and free press.

25. Break down cultural standards of morality by promoting pornography and obscenity in books, magazines, motion pictures, radio, and TV.

26. Present homosexuality, degeneracy and promiscuity as "normal, natural, and healthy."

27. Infiltrate the churches and replace revealed religion with "social" religion. Discredit the Bible and emphasize the need for intellectual maturity which does not need a "religious crutch."

28. Eliminate prayer or any phase of religious expression in the schools on the ground that it violates the principle of "separation of church and state." (Remember these goals were published to expose them in 1958) Coincidence?

29. Discredit the American Constitution by calling it inadequate, old-fashioned, out of step with modern needs, a hindrance to cooperation between nations on a worldwide basis.

30. Discredit the American Founding Fathers. Present them as selfish aristocrats who had no concern for the "common man."

31. Belittle all forms of American culture and discourage the teaching of American history on the ground that it was only a minor part of the "big picture." Give more emphasis to Russian history since the Communists took over.

32. Support any socialist movement to give centralized control over any part of the culture--education, social agencies, welfare programs, mental health clinics, etc.

33. Eliminate all laws or procedures, which interfere with the operation of the Communist apparatus.

34. Eliminate the House Committee on Un-American Activities.

35. Discredit and eventually dismantle the FBI.

36. Infiltrate and gain control of more unions.

37. Infiltrate and gain control of big business.

38. Transfer some of the powers of arrest from the police to social agencies. Treat all behavioral problems as psychiatric disorders which no one but psychiatrists can understand [or treat].

39. Dominate the psychiatric profession and use mental health laws as a means of gaining coercive control over those who oppose Communist goals.

40. Discredit the family as an institution. Encourage promiscuity and easy divorce.

41. Emphasize the need to raise children away from the negative influence of parents. Attribute prejudices, mental blocks and retarding of children to suppressive influence of parents.

42. Create the impression that violence and insurrection are legitimate aspects of the American tradition; that students and special-interest groups should rise up and use ["] united force ["] to solve economic, political or social problems.

43. Overthrow all colonial governments before native populations are ready for self-government.

44. Internationalize the Panama Canal.

45. Repeal the Connally reservation so the United States cannot prevent the World Court from seizing jurisdiction [over domestic problems. Give the World Court jurisdiction] over nations and individuals alike.



*The Fall of Man*     *Fall Begin September 23, 2023*

Robbery of Front Door - Temple (Body) and Temple (Residence) (Garden)
Using the Back Door - Perverting Sound, words, Sex, senses, etc
Result = Serpent Steals, Kills, and Destroys

**IV. STATEMENT OF FACTS**

1. (Explain what happened to you in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)

1. Genesis 3:1-24 ① Now the serpent who was more subtile
*Insert ¶ a*
than any beast of the field which the LORD God had made.
And he said unto the woman, Yea, hath God said, Ye shall
not eat of every tree of the garden? ② And the woman said
unto the serpent, We may eat of the fruit of the trees of the
garden: ③ But of the fruit of the tree which is in the midst
of the garden, God hath said, Ye shall not eat of it, neither

2. shall ye touch it, lest ye die. ④ And the serpent said
*Insert ¶ a*
unto the woman, Ye shall not surely die. ⑤ For God doth
know that the day ye eat thereof, then your eyes shall be
opened, and ye shall be as gods, knowing good and evil.
⑥ And when the woman saw that the tree was good for
food, and that it was pleasant to the eyes, and a tree
to be desired to make one wise; she took of the fruit thereof,

3. and did eat, and gave also unto her husband with
*Insert ¶ a*
her; and he did eat. ⑦ And the eyes of them both were opened,
and they knew that they were naked; and they sewed fig
leaves together, and made themselves aprons. ⑧ And they heard
the voice of the LORD God walking in the garden in the cool
of the day: and Adam and his wife hid themselves from the
presence of the LORD God amongst the trees of the garden.
⑨ And the LORD God called unto Adam, and said unto him, Where
art thou? ⑩ And he said, I heard thy voice in the garden, and

i

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  **4** . I was afraid, because I was naked; and I hid myself.
*Insert ¶ #*
2  <sup></sup>And he said, Who told thee that thou wast naked? Hast thou
3  eaten of the tree, whereof I commanded thee that thou
4  shouldest not eat? <sup>(12)</sup>And the man said, The woman whom thou
5  gavest to be with me, she gave me of the tree, and I did eat.
6  <sup>(13)</sup>And the LORD God said unto the woman, What is this that
7  thou hast done? And the woman said, The serpent beguiled
8  me, and I did eat. <sup>(14)</sup>And the LORD God said unto the serpent,
9

10  **5** . Because thou hast done this, thou art cursed above all
*Insert ¶ #*
11  cattle, and above every beast of the field; upon thy belly
12  shalt thou go, and dust shalt thou eat all the days of thy
13  life. <sup>(15)</sup>And I will put enmity between thee and the woman, and
14  between thy seed and her seed; it shall bruise thy head, and
15  thou shalt bruise his heel. <sup>(16)</sup>Unto the woman he said, I will
16  greatly multiply thy sorrow and thy conception; in sorrow
17  thou shalt bring forth children, and thy desire shall be
18

19  **6** . to thy husband, and he shall rule over thee. <sup>(17)</sup>And
*Insert ¶ #*
20  unto Adam he said, Because thou hast hearkened unto the
21  voice of thy wife, and hast eaten of the tree, of which I
22  commanded thee, saying, Thou shalt not eat of it: cursed is
23  the ground for thy sake; in sorrow shalt thou eat of it all the
24  days of thy life; <sup>(18)</sup>Thorns also and thistles shall it bring forth
25  to thee; and thou shalt eat the herb of the field: <sup>(19)</sup>In the sweat
26  of thy face shalt thou eat bread, till thou return unto the ground;
27  for out of it wast thou taken: for dust thou art, and unto dust shalt t

**2**

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    7 the return ㉚ And Adam called his wife's name Eve; because
      Insert ¶ #
2    she was the mother of all living. ㉑ Unto Adam also and to
3    his wife did the LORD God make coats of skins, and clothed
4    them. ㉒ And the LORD God said, Behold, the man is become
5    as one of us, to know good and evil; and now, lest he
6    put forth his hand, and take also of the tree of life, and
7    eat, and live for ever. ㉓ Therefore the LORD God sent him forth
8    from the garden of Eden, to till the ground from whence he was taken.
9

10    8 . ㉔ So he drove out the man; and he placed at the east of the
      Insert ¶ #
11
12    garden of Eden Cherubim, and a flaming sword which turned
13    every way, to keep the way of the tree of Life. Genesis 4:1-26
14    (Cain and Abel) ① And Adam knew Eve his wife; and she conceived,
15    and bare Cain, and said, I have gotten a man from the LORD.
16    ② And she again bare his brother Abel. And Abel was a keeper of
17    sheep, but Cain was a tiller of the ground. ③ And in process of
18    time it came to pass, that Cain brought of the fruit of the

19    9 . ground an offering unto the LORD. ④ And Abel, he also
      Insert ¶ #
20
21    brought of the firstlings of his flock and of the fat thereof.
22    And the LORD had respect unto Abel and to his offering: ⑤ But
23    unto Cain and to his offering he had not respect. And Cain
24    was very wroth, and his countenance fell. ⑥ And the LORD
25    said unto Cain, Why art thou wroth? and why is thy countenance
26    fallen? ⑦ If thou doest well, shalt thou not be accepted? and
27    if thou doest not well, sin lieth at the door. And unto thee shall
28    be his desire, and thou shalt rule over him. ⑧ And Cain talked

Civil Rights Complaint Pursuant to U.S.C. § 1983

10 . with Abel his brother: and it came to pass, when they
*Insert ¶ #*
were in the field, that Cain rose up against Abel his brother,
and slew him. (9) And the LORD said unto Cain, Where is Abel
thy brother? And he said, I know not: Am I my brother's
keeper? (10) And he said What hast thou done? the voice of
thy brother's blood crieth unto me from the ground. (11) And
now art thou cursed from the earth, which hath opened her
mouth to receive thy brother's blood from thy hand. (12) When

11 . thou tillest the ground, it shall not henceforth yield unto
*Insert ¶ #*
thee her strength: a fugitive and a vagabond shalt thou be
in the earth. (13) And Cain said unto the LORD, My punishment
is greater than I can bear. (14) Behold, thou hast driven me
out this day from the face of the earth; and from thy
face shall I be hid; and I shall be a fugitive and a
vagabond in the earth; and it shall come to pass, that
every one that findeth me shall slay me. (15) And the

12 . LORD said unto him, Therefore whosoever slayeth Cain,
*Insert ¶ #*
vengeance shall be taken on him sevenfold. And the LORD
set a mark upon Cain, lest any finding him should kill him.
(16) And Cain went out from the presence of the LORD, and
dwelt in the land of Nod, on the east of Eden. (17) And
Cain knew his wife; and she bare Enoch: and he builded
a city, and called the name of the city, after the
name of his son, Enoch. (18) And unto Enoch was
born Irad: and Irad begat Mehujael: and Mehujael

4
*Page Number*

1  13  begat Methusael: and Methusael begat Lamech.
Insert ¶ #
2  19 And Lamech took unto him two wives: the name
3  of the one was Adah, and the name of the other
4  Zillah. 20 And Adah bare Jabal: he was the father
5  of such as dwell in tents, and such as have cattle.
6  21 And his brother's name was Jubal: he was the father
7  of all such as handle the harp and organ. 22 And Zillah,
8  she also bare Tubal-cain, an instructor of every
9
10  14 artificer in brass and iron: and the sister of
11  Insert ¶ #  Tubal-cain was Naamah. 23 And Lamech said unto
12  his wives, Adah and Zillah, hear my voice; ye
13  wives of Lamech, hearken unto my speech: for
14  I have slain a man to my wounding, and a young
15  man to my hurt. 24 If Cain shall be avenged seven-
16  fold, truly Lamech seventy and sevenfold. 25 And
17  Adam knew his wife again; and she bare a son,
18
19  15 and called his name Seth: For God, said she, hath
20  Insert ¶ #
21  appointed me another seed instead of Abel, who Cain
22  slew. 26 And to Seth, to him also there was born a
23  son; and he called his name Enos: then began men
24  to call upon the name of the LORD.
25  *** Now I will break down in Genesis 3 and 4 to show
26  you the role play that has been taken place like a movie
27  being directed, organized, and filmed by individuals
28  whose main purposes were to deceive, mislead, and

5
Page Number

16 . indoctrinate the minds of humanity while attempting
*Insert ¶ ii*
to steal, kill, and destroy the TRUE REMNANT OF GOD'S
CHOSEN ONES without leaving a trace of evidence
that will point out who is who, who did what, and
what methods were used as weapons of warfare ✱✱✱
Let's start with the story of Adam and Eve being the
Kings and Queens of Royalty in Europe. Then the
serpent being the spirit of perversion starting with

17 . Incest in the Royal Bloodlines in order to keep the
*Insert ¶ ii*
Kingdom locked down. According to the Wikipedia "List
of Coupled Cousins" the "Royalty in Europe" had 215
Kingdoms in Europe that reigned under the Spirit
of Perversion because of Incest ✱ Mind you, Perversion
only truly means a twisted truth ✱ Let's start with
① Nero Claudius Drusus born October 7 c. 14 BC in Rome,
Italy. He also went by the name Drusus Julius Caesar

18 . and he married his paternal cousin Claudia Livia
*Insert ¶ ii*
in AD 4 which was the same year her first husband
Gaius Caesar died. To bring my statement concurrent
to modern times, ② Queen Victoria of the United Kingdom
of Great Britain and Ireland from June 20, 1837 until
her death in 1901 who was also granted the title the
Empress of India in 1876 married her cousin
Prince Albert of Saxe-Coburg and Gotha stemming
from the Royal German Bloodline. Now between both

6
Page Number

19. Drosus Julius Caesar and Queen Victoria of Great
Britain and Ireland there were 213 other kingdoms that
reigned under Perversion which sums up to a total of
215 Kingdoms. Out of the perversion seed of incest
Queen Victoria's eldest son Edward VII was the first
Saxe-Coburg-Gotha monarch who ascended to the House of Nothing (German)
throne on Jan 22, 1901. When you look at Prince Albert incest
with Queen Victoria you can see the serpent of sexual perversion.

20___. However, the serpent appears to reflect itself in multiple
fashions in this situation. For instance, Prince Albert and
Queen Victoria are not just cousins but they are husband
and wife; however she has the label Queen and he has
the label Prince right there is two other types of perversion
hidden ① Husband + Wife = King + Queen not Queen + Prince
which equals Mother and Son ② Queen + Prince in this case
equals Wife + Husband which means the Queen is King =

21. Dionysus/Transgender (Israel an role) + Prince is Husband
which reveals the Serpent from Adam and Eves Fall because
when they fell she became King in the serpents Kingdom.
So this proves that the Europeans are the twisted TRUTH (Fallen State)
of my original essence that's why they've caused so much
damage yet dark skinned/brown skinned people have payed
the price. This also explains the movie "The Great Gay
Road" and the blackmail of America & Christianity/Jews.
If you look at Prince Albert and Queen Victoria

7

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

22. as Adam and Eve then their oldest son Edward VII would
*Insert ¶ #*
represent Cain and by him being the first Saxe-Coburg-Gotha
monarch to ascend to the throne on Jan 22, 1901 that
means Saxe-Coburg-Gotha would represent the land of
Nod that Edward VII playing as Cain would build while
on the throne. Mind you that Cain was born of the serpent
seed in Genesis then he killed Abel and God placed
a mark on him so nobody would kill him (paraphrasing (GENESIS 4)

23. Edward VII had a son named George V who was King of
*Insert ¶ #*
United Kingdom, British Dominions, and Emperor of India from
1910-1936. George V had a son named Albert Frederick
Arthur George. (Prince Albert of York) there became King George VI
of United Kingdom, Dominions, and of the British Commonwealth
who married Queen Elizabeth The Queen Mother (Queen Elizabeth II mother).
Now watch what happened under King George VI reign and
also what occurred afterwards. In 1939, King George VI,

24. his British Empire, and most Commonwealth countries (except
*Insert ¶ #*
Ireland) declared war on Nazi Germany (for whatever reason
they proclaimed pertaining to Poland) however during WWII
between 1941 and 1945 Nazi Germany while under Hitler's
rule killed around 6 million Jews using genocide (the
Holocaust) as it's tool of weaponry. There were also approximately
5 million prisoners of war murdered as well. However, my
key point is that the Jews were tortured in a war that
wasn't even about them. This is similar to how Cain

8

Page Number

25. killed Abel without cause. Now, let me rewind back
Insert ¶ # to Queen Victoria of Britain and Prince Albert of Saxe-
Coburg and Gotha (House of Wettin) which stemmed from
the Royal German Bloodline. Under their reign of perversion
(twisted truth) due to incest is when the German chemist Albert
Niemann in 1859 isolated cocaine from coca leaves and published
his findings in 1860. His thesis dissertation in German is titled
Über eine neue organische Base in de Cocablättern meaning On a

26. Now Organic Base in the Coca Leaves. His paper talks about
Insert ¶ # have he isolated cocaine, a crystalline alkaloid (the word crystal
derives from the Ancient Greek word "Kristallos" meaning both
ice" and "rock crystal" * Right, here shows that in this perverted
role play of Adam and Eve. Being Prince Albert of Gotha (for short)
and Queen Victoria, then that would make German chemist
Albert Nieman out to be Cain which is their first son
(the serpent seed). Crack cocaine was given to the blacks to

27. Sell in the streets which is a form of genocide against themselves &
Insert ¶ # their own kind which is streets so just like the Hebrew
said "Face Street, Face Down". Then coke was given to prisas
which is still genocide against the blacks first since it is a
substance that stems from the word. After, they obtain it and
knowingly or
use or distribute it then they have unknowingly waged spiritual
war against Eve's seed by playing Cain and killing Abel since
Abel was a keeper of sheep (Pastor/Church) however this is
the Backdoor of attempting to kill the kingdom of Jesus Christ

9
Page Number

28. of Nazareth by drugs as others profited off of the
Insert ¶ # proceeds of the broken and downtrodden. This is
another way they attempted to discredit the Authenticity
of Jesus's life while robbing his church in order to
build more Cains to kill Abel. I explained drugs as
a backdoor tactic because, under the Queens reign;
Queen Victoria's oldest son represents Cain in the
world especially after being the first to ascend to

29. to the throne. as Edward VII the King of Saxe-
Insert ¶ # Coburg and Gotha (House of Wettin) from the Royal
German Bloodline. ✳✳ Moving back forward to her
great great grandson Albert Frederick Arthur George (originally
Prince Albert of York) who became King George VI of the
United Kingdom, Dominions, and British Commonwealth
and his wife Queen Elizabeth The Queen Mother. Albert
aka KingGeorge VI symbolizes Cain under the name Albert

30. because he was named after his great-great Grandfather
Insert ¶ # Prince Albert (Queen Victoria's Husband) however this is according
to Kingdom (front door). But when you look at him under the
role play of Adam; then even though he waged war on Nazi
Germany; Germany would be his son Cain because the
Nazis killed the JEWS (Able). Now, after Adolf Hitler
completed the Holocaust against the Jews he turned around
and committed suicide (just like Judas hung himself after he
betrayed Jesus and sold him to the Romans to be crucified).

10
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

31 _. Now, another thing I would like to point out is
*Insert ¶ #* that, it was during Adolf Hitler's youth that he tried to be-
come an artist (drawing) but was rejected by the city's Academy
of Fine Arts. All this occurred after his mother died when he
was 18 years old. Hitler left his hometown Linz (lens, sight, glasses etc)
and moved to Vienna (Viennasausages), the glamorous capital
of the Austro-Hungarian Empire. He thought moving to Vienna
would be the ideal place to pursue his dream of being an artist.

32 _. He tried to get into the Academy of Fine Arts again yet they
*Insert ¶ #* rejected him again. He ended up moving from one cheap room
to another, even living in a homeless shelter for a time. Then
he started earning money by selling his paintings to tourist and
frame sellers which earned him enough money to move out the
shelter and to move into a mans home. Being a frustrated young
artist Hitler became interested in politics. In Vienna there was
a Jewish store owner who was one of Hitlers loyal customers

33 _. So his time in Vienna shaped Hitlers worldview. Hitler ended
*Insert ¶ #* up moving to Munich where he found some well off customers who
commissioned works from him but his progress came to an halt
when the Munich police tracked him down for not registering
for the military draft in Linz. He didn't pass the fitness exam at first
however he then voluntarily enlisted that August after the outbreak
of World War 1 ended his stint as a struggling young artist.
It was his time in Vienna and his frustrated art career that
became part of the myth-making by Hitler himself and by his

11
Page Number

34 . followers that helped drive his fateful rise to power in
*Insert ¶ #*
Germany. Hitler railed against modern art, calling it the
"degenerate" product of Jews and Bolsheviks and a threat
to the German national identity. In 1937, the Nazis rounded
up some 16,000 works of this type from German museums
and put hundreds of them on display in Munich. The exhibition
intended to heap scorn on the artist ended up being attended
by 2 million people. Looking at Hitlers military time let's talk about

35 . drugs. The use of Methamphetamine, better known as crystal
*Insert ¶ #*
meth, was a pill form of the drug called Pervitin and it was
distributed by the millions to the Nazi troops before their successful
invasion of France in 1940. Developed by the Temmler pharmaceutical
company, based in Berlin, Pervitin was introduced in 1938 and
marketed as a magic pill for alertness and an anti-depressant.
A military doctor experimented on 90 college students and
decided based on the results the drug would help Germany win

36 . the war. Other allied soldiers used amphetamines (speed)
*Insert ¶ #*
in the form of Benzedrine in order to battle combat and fatigue.
Others used anesthetics like Goring whose nickname was
actually Morung from morphine. Meth was Pervitin until a
Japanese chemist, Nagai Nagayoshi first synthesized meth in
1893. In 1919 a younger protégé of Nagai named Akira
Ogata discovered another method of synthesizing the
crystalline form creating a new stimulant called
crystal meth. ** Drugs have been used as weapons

12
*Page Number*

37 . of warfare, blackmail, human trafficking, etc in
Insert ¶ # the USA however Americans have paid the price for
systematic corruption and sorcery strategically organized
in Europe. *** The next perverted role play of Adam
and Eve resembles Prince Philip (The Duke of Edinburgh)
and Queen Elizabeth II. Their marriage resembles that of
Queen Victoria when it comes to Philip being Prince and
Elizabeth II. being Queen. Also, Prince Philip and Queen

38 . Elizabeth were third cousins so they're marriage is
Insert ¶ # another reflection of incest. Philip was also Prince of
Greece and Denmark which would represent the Greek
religion of the Twelve Olympians starting with Zeus, the
king of gods, who was married to his sister Hera. The
other eleven Olympians were Ares, Poseidon, Athena, Demeter,
Dionysus (born a boy changed into a girl), Apollo, Artemis, Aphrodite,
Hephaestus, Hermes, and Hestia (the goddess of the hearth

39 . and sacred Flame, which was more likely the most
Insert ¶ # prayed to of all gods. * Apart from these gods, the Greek pan-
theon was filled with dozens of other gods, demigods, and mortal
and immortal beings which varied by local and over the
evolution of Greek culture. A variety of other mystical
beliefs and nature spirits such as nymphs and other magical
creatures were foundational to the ancient Greek understanding
of the world around them. Now, Elizabeth II was Queen/King
of the United Kingdom and other Commonwealth realms.

40. Their religion is known to be protestant for the
Insert ¶ # United Kingdom and Commonwealth. However protestant
is just a breakoff of Roman Catholics because the Roman
Catholic church split into 3 categories under christianity
which was Catholic, Eastern Orthodox, and Protestant.
But they do not represent the same belief patterns as
us because they're still governed by the Pope and their
sorceries which is why they came up with systems in

41. attempt to block Jesus Christ of Nazareth from rising
Insert ¶ # and establishing His Kingdom. Well, under Queen Elizabeth II
reign, another form of genocide occurred. This plague or
genocide is called Covid19. This plague killed many
people, isolated many people, and weakened humanity
within the realm of spirituality when it came to fellowship
in the temple which then turned into social religion (a
gathering of multiple religions onto one platform in the

42. digital realm; what this did was attempt to kill off
Insert ¶ # The Body of Christ by placing the True Believers of God in
a fallen state because the digital realm is created by
man and stems from space symbolizing the 2nd heaven
where the prince of darkness is when the Throne of
Jehovah Mekadesh (God our Holiness) is the third
Heaven'). What this also did was attempt to mark the
Chosen Ones with the Mark of the Beast so that
Roman Catholic could pretend to be the woman

14
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

43. From Revelation 12 and The Chosen ones would look like the Red Dragon in Revelation 12. *** Moving forward to the ROMAN CATHOLIC church I will give a breakdown of this church from the fallen story of Adam & Eve. The sorcery and perverted truth behind Roman Catholics ① Catholic is Adam and Eastern Orthodox (still Catholic) is Eve - then The Roman Catholic Archdiocese is Cain (who was Eve's first son and killed

44. Eve's second son Abel (let's say Abel is The Protestant Christians/THE TRUE PROTESTANTS)) ② Roman Catholics according to Roman in the Trinity Format will sum up to Roman Empires as Satan acting as The Father, The AntiChrist as the Son, and the false prophets as the Spirit. The Roman Empires are: Babylon as Satan, Medo-Persia as the Son, and Greece as the Spirit. Babylon is Modern Day IRAQ as Satan, Medo-Persia is

45. Modern Day IRAN (Media is a region of North-western Iran, known for it's political and cultural base of the medes) Symbolizing The AntiChrist, Greece is a country in Southeast Europe symbolizing the false prophets (pagan Gods of Hellenism). Roman Catholics using IRAQ/IRAN = Southwestern Asia & Greece which is Southeast Europe is the backdoor to attempt to keep me out the kingdom by demonizing everybody using deceptive strategies to deceive the people, and indirectly marking them with the beast.

\* December 25 = Christmas = Christ Massacre, not Christ birthday.

46 ③ Let's now explain Adam & Eve according to Rome & Germany whiched birthed out The Holy Roman Empire. On December 25 800, Pope Leo III crowned Frankish King Charlemagne as Roman Emperor reviving the title in Western Europe. after the fall of the ancient Western Roman Empire in 476 it fell in 924 then was revived again in 962 until the 12th century as the most powerful monarch in Europe. In 1262 Ottone I Visconti

47. was elected as archbishop of Milan, Italy which earned him one of the Holy Roman Seats in Italy. after he conquered Milan from their rival Della Torre family in 1277. The Visconti of Milan are a noble Italian family. Their motto is: "I will not violate the customs of the serpent." The Visconti was called LORD of Millan (from 1277-1395) and the Duke of Millan (from 1395-1447). Their symbol is a picture of a half man

48. in the mouth of a serpent. Visconti = Vice Comes. Vice "Deputy" + Comes "Count". \* This is the backdoor way of how they marked my partner due to his gang in Chicago named "Vicelords" which is a bloodgang. Then I can break down Vicecomes into Victorious Ice (Crystal Meth) LORD and Comes into Nut (Seal) Count representing the 12 tribes of Israel. Ironically, the headquarters of the Nation of Islam (fake 12 tribes) is located in Chicago, Illinois as well. So this explains how ₤ for America.

16
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

49. they have marked my lover as the red dragon
Insert ¶9 and as the Crystal Meth drug lord when he doesn't
even sell drugs but now I see why every time I
was with him intimately then I wanted to smoke
after I left. Now, we all know that Meth was
in pill form first called Pervitin during Hitler's
reign in Germany Nazi military, then a German
chemist synthesized meth, and a Japanese

50. chemist crystallized meth into rock form. So
Insert ¶9 this explains alot about Europe's Kingdom and their demonic
Church(to be continued). Moving forward, In 1356 the
golden bull was created without the pope (Pope Innocent
VI) involvement but he did not oppose it either because
he need the King to aid him with his enemy Visconti.
By not opposing it made this pope just as guilty as
the other side because it symbolized Idolatry. On

51. August 10, 1397 Albert II of Germany also known as Albert
Insert ¶ the Magnanimous KG was elected King of the Romans as
Albert II. He also was king of the Holy Roman Empire,
and a member of the House of Habsburg (House of Austria).
KG stands for The Most Noble Order of the Garter. It's
an order of chivalry (order of knights typically founded during
the original Catholic military orders of Crusades (c. 1099-1291))
and paired with medieval concepts of ideals of chivalry
(code of conduct in Europe from 1170-1220), The Most Noble Order

17
Page Number

52. Order of the Garter was founded by Edward III
*insert ¶ #*
of England in 1348. It is the most senior order of
knighthood in the British honours system except for
the Victoria Cross and the George Cross. Back to King
Albert II his wifes name was Elizabeth of Luxembourg
who was queen consort of Germany and Bohemia.
The Bohemian language of the 19th century was the language Czech
of the Diet (Diet Assembly) is the general assembly of the

53. Imperial Estates of the Holy Roman Empire. Diet is
*insert ¶ #*
also a designation for modernday legislative bodies of
certain countries and states such as the NATIONAL
Diet of Japan, or the German Bundestag the FEDERAL
Diet. ✳ It was two different german chemist that
did cocaine and amphetamine and it was a
japanese chemist who crystalized amphetamine and
created Methamphetamine (crystal meth). Also, it was

54. Elizabeth who taught me how to snort meth @ 13 yrs
*insert ¶ #*
old and Albert who taught me how to smoke meth until @ 14 yrs old
I ended up pregnant with his daughter ✳ King Albert II
of Germany persecuted, had the Jews arrested, took their
belongings, etc. Before King Albert II of Germany became King
the Jews in the Austrian duchy had been subject to local
persecutions during the 13th and 14th century however their
position remained relatively safe. The Jewish communities
prospered in several towns like Krem or the area around

18
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

55. the Judenplate at Vienna. It was after the death
*Insert ¶ #* of Duke Albert IV in 1404 that their situation worsened
sharply, culminating in the blaze of the Vienna Synagogue
on Nov 5.1406, followed by riots and lootings. When
Albert V came of age in 1411 and interfered in the Hussite
Wars, he repeatedly established new taxes imposed on the
Jewish community to finance his campaigns. On the
other hand, after the Hussites had devastated the duchy,

56. the Austrian Jews were accused of collaboration and
*Insert ¶ #* arms trade in favor of the enemies. The accusations
of a host desecration at Enns in 1420 gave Albert pretext
for the destruction of the Jewish community. According
to the 1463 Chronica Austriae by chronicler Thomas Ebendorfer,
the duke order on May 23, 1420 the imprisonment and
forcible conversion of the Jews. Those who had not converted
or escaped was sent off in boats down the Danube River

57. (just like they did Blacks) while wealthy Jews remained under
*Insert ¶ #* arrest, several of them tortured and stripped of their property.
March 12, 1421 Albert sentenced the remaining Jews to death.
Ninety-two men and 120 women were burned at the stake.
South of the Vienna city walls. The Jews were placed under
an eternal ban and their synagogue was demolished.
*** As you can see the Jews have constantly been
robbed, imprisoned, persecuted, abused, accused, etc when
they've done no wrong only so the world empires could

19
Page Number

58. seized their prosperity, Which is a form of the devil blackmailing Gods people just to claim what isn't his and so he could put his image and inscription on it while pretending to be God or by using people to act like they are the chosen ones so that he could steal the worship and inheritance that God promised to his people. This is also how he deceived the world and caused everybody to believe in his lies. So what we are

59. seeing again today is the enemies using the same strategies to kill, steal, and destroy. However, they attempt to cover up their evil with false accusations, set ups, influential peddling, obstruction of justice, deceptive policies, laws, international agreements, contracts, systems, etc. Which is why the whole world is in disillusionment behind treason, tyranny, and deep systematic corruption. The serpent and his seeds

60. (kids) are trying to avoid exposure by keeping the spotlight on fake news and by torturing the innocent. This is the same behavior, issues, and circumstances that we are seeing today behind theives & liars in high positions that don't have the people who they are supposed to lead good will at heart. Their agenda is selfish, they are narcissist, and people want to see a real change in life than ALL SELFISH AGENDAS must be destroyed because WE ARE THE PEOPLE and UNITY is better than division.

#SAVE THE CHILDREN
#SAVE THE WORLD
#BE FREE

#JESUS CAME TO SET US FREE
#THE Devil has to be STOPPED
#PRIDE & EGO has to CEASE
#MORE PRAYER, MORE POWER LESS PRAYER LESS POWER

Civil Rights Complaint Pursuant to U.S.C. § 1983

61 . It was said that the Jewish were prosperous in the town
*Insert ¶ #*
of Krems which is in Austria. There's a wine region called
Kremstal that lies on the south-eastern arc of the
Waldviertel and the Dunkelsteiner Wald ridge, built up
from hard crystalline rock, and opens out into the Alpine
foothills towards the east, where unconsolidated rock prevails.
The Kremstal vineyards are divided into three distinct areas:
Stein district that borders with the Wachau, The Krems Valley, and

62 . the small wine villages south of Danube clustered around the
*Insert ¶ #*
imposing Göttweig Abbey ** Jews symbolize Gods chosen
people, wine symbolizes Gods blessing for his people, and three
symbolizes Father, Son, and Holy Ghost. Deuteronomy
7:16 For thou art a holy people unto the LORD thy
God: the LORD thy God hath chosen thee to be a special
people unto himself, above all people that are upon
the face of the earth. Deuteronomy 7:12-13 [12] Wherefore

63 . it shall come to pass, if ye hearken to the judgements, and
*Insert ¶ #*
keep, and do them, that the LORD thy God shall keep unto
thee the covenant and the mercy which he sware unto thy
fathers: [13] And he will love thee, and bless thee, and multiply
thee: he will also bless the fruit of thy land, thy corn,
and thy wine, and thy oil, the increase of thy kine,
and the flocks of thy sheep, in the land which he
sware unto thy fathers to give thee. Matthew 28:19
Go ye therefore, and teach all nations, baptizing them

21
*Page Number*

64. : in the name of the Father, and of the Son, and of the Holy Ghost. 1 John 5:7. For there are three that bear record in heaven, the Father, the Word, and the Holy Ghost: and these three are one. ✱ As you see in Matthew 28:19 and 1 John 5:7 Jesus is the Fulfillment of the Word of His Father which makes Jesus spirit the Holy Ghost which is the spirit of Prophecy (past, present, and future).

65. ✱✱✱ Returning to Rome & Germany, I'd like to bring up the Italian Social Republic also known as the Republic of Salò. It was considered a Nazi-German puppet state with little diplomatic recognition until World War II, which existed from the beginning of the German occupation of Italy in September 1943 until the surrender of German troops in Italy in May 1945. The German occupation triggered widespread national resistance against it and

66. the Italian Republic leading to the Italian Civil War. Most of the 8,000 Italian Jews who died in the Holocaust were killed during the 20 months of the Salò (Italian Social Republic) regime. ✱ It seems as if Italy (whether Rome or Vatican), Britain Kingdom, and Germany (whether Holy Roman Empire of Germany or Nazi) always seem to be socializing or "pretending" to be at war when Jews get killed and their stuff gets seized. The common denominator is Roman Catholic and Britain who stands by and watch however he is the

22

Page Number

67. King over the kingdoms. This is organized Crime in
the most subtle and cunning ways possible just like the
serpent and Eve who then gave it to Adam and he ate
which caused them to fall. Moving forward to finalize my
stance I will add one more component about Germany. On November
1, 1895, Max Skladanowsky and his brother Emil demonstrated
their self invented film project, the Bioscop, at the Wintergarten
music hall in Berlin. On December 28, 1895 the first paying

68. public display of the Lumière brothers' Cinematographe
was in Paris. In 1910, the first German "artistic" films began
to be produced, an example is the film Edgar Allan Poe adaptation
The Student of Prague (1913) which was co-directed by Paul Wegener
and Stellan Rye. In 1917 a process of concentration and partial
nationalization of the German film industry began with the
founding of Universum Film AG (UFA) which was partly
a reaction to the very effective use that the Allied Powers had

69. found for the new medium for purpose of propaganda. An
early step towards the foundation of UFA was taken January 13, 1917
with the creation of the Bild und Filmamt (BUFA) by Germany's
Supreme Army Command. Formed as a reaction to the perceived
advantage of Germany's enemies in the realm of film propaganda,
BUFA's task was to use film for psychological warfare. In 1924
1926 UFA had two large scale productions, Nibelungen and
Metropolis. Metropolis was the first film thus distinguished on
UNESCO's Memory of the World Register and Woman in the Moon

70 . to this day. From 1933-1937 UFA experienced a new
Insert ¶ #
commercial boom in the Nazi era (Nazification); not least
due to the government's protectionist measures, which freed
UFA from bothersome competition. On top of occupying
almost all of Europe, the Nazi regime provided UFA
new sales markets, as well as placing distribution outlets
in such "neutral" countries as the United States. By 1938,
after taking over foreign film production facilities in France,

71 . Belgium, and other countries, one third of the company's
Insert ¶ #
sales came from abroad. UFA's economic boom made it
possible to further expand the so-called "star system", which
had already been developed in the silent film era. In an
act of anticipatory obedience to the Nazi regime, UFA
management fired several Jewish employees. In the
summer of 1933, the Nazi regime created the film
Chamber of the Reich, which adopted regulations officially

72 . excluding Jewish filmakers from all German studios.
Insert ¶ #
* Even in the film industry the wicked tried to get rid
of the Jews without probable cause however if they were
so dedicated to separating themselves from Gods people
then the people have to give back everything they stole
from Gods people so the separation can TRULY Happen. (End)
*** Next topic under Roman Empire and Germany that
equates to Roman Catholics in the form of Adam
& Eve's story being twisted is the German Monk Martin

21
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

73. Luther as Germany (Adam) and Catholic Church (as Eve) feud that
Insert ¶ #
birthed out the 95 Theses which is the Disputation on the
Power of Indulgences (Cain) that cause The Protestant
Reformation (Abel) Which they have been indirectly
working together to destroy God's people while stealing
from the people (Cain's excuse to kill Abel). But not only
that, they have intentionally worked to stop the
rise of Jesus kingdom from coming forth while

74. acting like they were for us when they both were
Insert ¶ #
plotting on destroying us by sorcery, systems of debt, perversion
war, media, etc. Prime example of their deception
using words is the word NUN. The definition of NUN is:
① A female who lives in a monastery or convent who chose
to devote her life to prayer, service, & charitable work.
② A nun is also a male Monk ③ many religions including
Catholicism, Buddism, and Christianity have nuns. Here's

75. a few things about NUNS: ① A nun cannot marry, use
Insert ¶ #
social media, or smartphones. ② They can't own property
or engage in sexual relationships. ③ Nuns are expected to
renounce their inheritance and property rights. ④ Nuns
have their own room which is called a CELL ✳ NOW HERES
the deception of definitions 1, 2, & 3 behind the word nun:
Ⓐ In the form of Adam & Eve's story being perverted is a female.
nun (Eve) + a male monk (Adam) = Dionysus because he
was born a male and changed into a female (transgender).
✳ Monk = Zues + female nun = Semele ✳                    (Cain)
(Parents of Dionysus in
the Greek religion   Civil Rights Complaint Pursuant to U.S.C. § 1983    Page Number    25
Father + Mother = God
The way some catholics pray saying
feather/mother God . . .

(EVE)                              (plu)   (ADAM)

1  76. ③ A female nun = Roman Catholic + a male Monk (nun) =
   Insert ¶ #                                    (=) (CASIN)
2  Holy Roman Empire of Germany  equals  Buddhism (China,
3  Russia, Nepal, India, North/South Korea, Japan, Laos,
4  Bhutan, Cambodia, Taiwan, Hong Kong, Vietnam,
5  Singapore, etc! * This is how they tried to play
6  us using words, religion, money, power, etc. This
7  is organized theft because the church is supposed
8  to be representing Jesus not all these other people

10  77  Gods that the Roman Catholic Church and
    Insert ¶ #
11  Britain Empire is not making anybody aware
12  of... Buddhist is a representation of the god of wealth
13  that's another reason why gambling has been being
14  promoted worldwide with online casinos, sports bets,
15  lotto, etc. The name "bet" is derived from the West Semitic
16  word for "house" which means the Casinos represent
17  the house of buddha and that means everytime we

19  78. gamble then we are worshipping Buddha without
    Insert ¶ #
21  any knowledge of it. So as you can see, people have been
22  living in the world under the deception of the enemy.
23  He has used Religion as his driving force because it was
24  by him twisting Gods word that caused Eve and
25  Adam to fall. Basically, that's what we see happening
26  in today's situation because the religions that are
27  in on this scandal are all twisted words from
28  the original and the twist was done in attempt

26
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

79 ... to steal, kill, and destroy. John 10:1-16 [1] Verily, verily, I say unto you, He that entereth not by the door into the sheepfold, but climbeth up some other way, the same is a thief and a robber. [2] But he that entereth in by the door is the shepherd of the sheep. [3] To him the porter openeth; and the sheep hear his voice: and he calleth his own sheep by name, and leadeth them out. [4] And when he putteth

80 ... forth his own sheep, he goeth before them, and the sheep follow him: for they know his voice. [5] And a stranger will they not follow, but will flee from him: for they know not the voice of strangers. [6] This parable spake Jesus unto them: but they understood not what things they were which he spake unto them. [7] Then said Jesus unto them again, Verily, verily, I say unto you, I am the door of the

81 ... sheep. [8] All that ever came before me are thieves and robbers: but the sheep did not hear them. [9] I am the door: by me if any man enter in, he shall be saved, and shall go in and out, and find pasture. [10] The thief cometh not, but for to steal, and to kill, and to destroy: I am come that they might have life, and that they might have it more abundantly. [11] I am the good shepherd: the good shepherd giveth his life for the sheep. [12] But he that is a hireling, and not the

82. shepherd, whose own the sheep are not, seeth the wolf coming, and leaveth the sheep, and fleeth: and the wolf catcheth them, and scatterth the sheep. ⑬ The hireling fleeth, because he is a hireling, and careth not for the sheep. ⑭ I am the good shepherd, and know my sheep, and am known of mine. ⑮ As the Father knoweth me, even so know I the Father: and I lay down my

83. life for the sheep. ⑯ And other sheep I have, which are not of this fold: them also I must bring, and they shall hear my voice; and there shall be one fold, and one shepherd. ⓒ Catholicism (Eve.) + Roman Empire (old Babylon) (Greece being Adam), ≥ Buddhism (Cain) attempting to kill Christianity (Abel) how is this proveable because they had to use witchcraft in the form of music, media, drugs, clothes, religion,

84. etc to war with the King of Kings and Lord of Lords. Then they used Greece/Greek gods to ensnare Seth which was Eves third son so that Enos couldn't be produced so they thought. But on top of that because of their perverse thinking, Enos who brought back the praise of the Lord, has been worded in the form of anus which symbolize the backdoor entrance to the temple (body) and it was through Seth descendants that Noah came. then through

85 . one of Noah's sons' which he had 3 named
Shem, Ham, and Japheth. However, it was
through Shem that Gods Son Jesus Christ of
Nazareth was brought into this world ✱ Now
here's a breakdown explaination of the few things
about Nuns: ① NUNS can't marry, use social media, or
smartphones however the Britain Kingdom and their
serpent Seeds created the internet so that America

86 . could be distracted by the Harlots system as
they attempted to paint us as Babylon and as they
attempted to stop the Marriage of the Lamb and
His Bride (the REAL CHURCH). ③ They can't own property
or engage in sexual relationships however their system
has Americans worshipping fornication so that
they could lock us down and conquer our inheritance,
property, and families. ④ Nuns are expected to renounce

87 . their inheritance and property rights however
in America they used the system to obtain those rights
from us just like Jacob had Esau hand over his
birth right because Esau was hungry. If Jacob
really cared for his brother then he would have
fed Esau without asking for anything in return.
This is what China was used to do to America.
Also, remember Rebecca had Jacob trick Issac
into putting Esau's blessing on Jacob. Well, that's

88. what they had China use communism to help
Insert ¶ # pervert America so that the Roman Catholic church
could steal the blessing from the Black Church
and Britain could keep the Kingdom while
attempting to act like they didn't have anything
to do with the whole situation. However, truth
be told the Church belongs in Jerusalem but
the chosen ones are here in America buried under

89. all this mess. There wouldn't be two marriage
Insert ¶ # couples in Revelation if America was really Babylon.
All the sorcery came from U.K. so that is
where Babylon is located however they tried
to blackmail us by using Hollywood, Long
Beach, and San Francisco but the truth
is America was birthed from The Mother
of Harlots and that's why America looks

90. like the son who would rule with an Iron
Insert ¶ # Fist pertaining to the Drug game. If they were
the truth then I would have left to be there but
I know they're a lie so I'm still here with
you because I refuse to see a half truth. Revelation
18:22-24 - ⑳ And the voice of harpers and musicians,
and of pipers, and trumpeters, shall be heard
no more at all in thee; and no craftsman, of
whatsoever craft he be, shall be found any more

Civil Rights Complaint Pursuant to U.S.C. § 1983

91 . in thee; and the sound of a millstone shall be
*Insert ¶ #* heard no more, at all in thee; (23) And the light
of a candle shall shine no more, at all in thee;
and the voice of the bridegroom and of the
bride shall be heard no more, at all in thee;
for thy merchants were the great men of the
earth; for by thy sorceries were, all nations
deceived. (24) And in her was found the blood

92 . of prophets, and of saints, and of all
*Insert ¶ #* that were slain upon the earth. Revelation 19:6-10
(6) And I heard as it were, the voice of a great
multitude, and as the voice of many waters,
and as the voice of mighty thunderings, saying,
Allelluia: for the LORD God omnipotent reigneth.
(7) Let us be glad and rejoice, and give honor to
him: for the marriage of the lamb is come, and

93 . his wife hath made herself ready. (8) And to
*Insert ¶ #* her was granted that she should be arrayed in
fine linen, clean and white: for the fine linen
is the righteousness of saints. (9) And he saith
unto me, Write, Blessed are they which are called
unto the marriage supper of the lamb. And he
saith unto me, These are the true sayings of
God. (10) And I fell at his feet to worship him. And
he said unto me, See thou do it not: I am thy

31
*Page Number*

94. fellow servant, and of thy brethren that have the testimony of Jesus: worship God: for the testimony of Jesus is the spirit of prophecy. ***** See, God is more advanced than humanity because He knew in advance that there were going to be people fighting against His return, he knew people were going to pretend to be Him and/or pretend to be His Bride. Jesus Christ of Nazareth knows the hearts of all

95. of humanity before it came down to the enemy attempting to deceive the Elect (chosen ones of God). However, due to there not being anything knew under the sun, all the enemy did was confirm how real the Word of God is and how badly we need our savior Jesus Christ of Nazareth. The story about Babylon speaks about Mystery Babylon and the beast. The Mystery about Babylon has to

96. do with the sorceries that she uses against the people and the beast that carries her which goes back to the Roman Empire. Her sorceries is so great that it causes all the kings and their armies to make war with the Lamb but not only that, the enemy knows that his time is short however he still tries his best to stop the Son of God from returning and even then the enemy already knows he lost the battle a long time ago so the enemy is basically just putting on a show.

Civil Rights Complaint Pursuant to U.S.C. § 1983



"WICKEDNESS OF MANKind"

97. Genesis 6:1-22  Wickedness of Mankind
① And it came to pass, when men began to multiply on the face of the earth, and daughters were born unto them. ② That the sons of God saw the daughters of men-that they were fair, and they took them wives of all which they chose. ③ And the LORD said, My spirit shall not always strive with man, for that he also is flesh: yet his days shall

98. be a hundred and twenty years. ④ There were giants in the earth in those days; and also after that, when the sons of God came in unto the daughters of men, and they bare children to them, the same became mighty men which were of old, men of renown. ⑤ And God saw that the wickedness of man was great in the earth, and that every imagination of the thoughts of his heart was only evil

99. continually. ⑥ And it repented the LORD that he had made man on the earth, and it grieved him at his heart. ⑦ And the LORD said, I will destroy man whom I have created from the face of the earth; both man, and beast, and the creeping thing, and the fowls of the air; for it repenteth me that I have made them. ⑧ But Noah found grace in the eyes of the LORD. ⑨ These are the generations of Noah: Noah was a just man

Civil Rights Complaint Pursuant to U.S.C. § 1983

100 . and perfect in his generations, and Noah
walked with God. And Noah begat three
sons, Shem, Ham, and Japheth. The earth
also was corrupt before God, and the earth
was filled with violence. And God looked upon
the earth, and, behold, it was corrupt; for all
flesh had corrupted his way upon the earth.
And God said unto Noah, The end of all flesh

101 is come before me; for the earth is filled with
violence through them; and, behold, I will destroy
them with the earth. Make thee an ark of
gopher wood; rooms shalt thou make in the
ark, and shalt pitch it within and without
with pitch. And this is the fashion which
thou shalt make it of. The length of the ark
shall be three hundred cubits, and the height

102 of it thirty cubits. A window shalt thou
make to the ark, and in a cubit shalt thou finish
it above; and the door of the ark shalt thou
set in the side thereof; with lower, second, and
third stories shalt thou make it. And, behold,
I, even I, do bring a flood of waters upon the
earth, to destroy all flesh, wherein is the breath
of life, from under heaven; and every thing that
is in the earth shall die. But with thee will

34
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

" NOAH ENTERS THE ARK (GENESIS 7) "

1  18 . I establish My covenant; and thou shalt come into the
2  *Insert ¶ #*  ark, thou, and thy sons, and thy wife, and thy sons
3  wives with thee. ⁽¹⁹⁾ And of every living thing of all flesh,
4  two of every sort shalt thou bring into the ark, to
5  keep them alive with thee; they shall be male and
6  female. ⁽²⁰⁾ Of fowls after their kind, and of cattle
7  after their kind, of every creeping thing of the earth
8  after his kind, two of every sort shall come unto thee,
9
10  18¼ to keep them alive. ⁽²¹⁾ And take thou unto thee of
11  *Insert ¶ #*  all food that is eaten, and thou shalt gather it to
12  thee; and it shall be for food for thee, and for them.
13  ⁽²²⁾ Thus did Noah; according to all that God commanded
14  him, so did he. Genesis 7:1-24° And the LORD said unto
15  Noah, Come thou and all thy house into the ark; for thee
16  have I seen righteous before me in this generation.
17  ⁽²⁾ Of every clean beast thou shalt take to thee by
18
19  18⁵ sevens, the male and his female; and of beasts
20  *Insert ¶ #*  that are not clean by two, the male and his female.
21  ⁽³⁾ Of fowls also of the air by sevens, the male and female,
22  to keep seed alive upon the face of all the earth ⁽⁴⁾ For
23  yet seven days, and I will cause it to rain upon the earth,
24  forty days and forty nights; and every living substance that
25  I have made will I destroy from off the face of the earth.
26  ⁽⁵⁾ And Noah did according unto all that the LORD commanded
27  him. ⁽⁶⁾ And Noah was six hundred years old when the flood
28

35

Page Number

1  Ide . of waters was upon the earth. ⑦And Noah went in, and his
2  sons, and his wife, and his sons wives with him, into the ark,
3  because of the waters of the flood. ⑧Of clean beasts, and of beasts
4  that are not clean, and of fowls, and of every thing that creepeth
5  upon the earth. ⑨There went in two and two unto Noah into the
6  ark, the male and the female, as God had commanded Noah.
7  ⑩And it came to pass after seven days, that the waters of the
8  flood were upon the earth. ⑪In the six hundredth year of Noah's
9

10  107 . life, in the second month, the seventeenth day of the month, the
11  same day were all the fountains of the great deep broken up, and
12  the windows of heaven were opened. ⑫And the rain was upon the
13  earth forty days and forty nights. ⑬In the selfsame day entered
14  Noah, and Shem, and Ham, and Japheth, the sons of Noah, and
15  Noah's wife, and the three wives of his sons with them, into
16  the ark: ⑭They and every beast after his kind, and all the
17  cattle after their kind, and every creeping thing that creepeth
18

19  108. upon the earth after his kind, and every fowl after his kind,
20  every bird of every sort. ⑮And they went into unto Noah into the
21  ark, two and two of all flesh, wherein is the breath of life. ⑯And
22  they that went in, went in male and female of all flesh, as God
23  had commanded him: and the LORD shut him in. ⑰And the flood
24  was forty days upon the earth; and the waters increased, and bare
25  up the ark, and it was lift up above the earth. ⑱And the waters
26  prevailed, and were increased greatly upon the earth; and the
27  ark went upon the face of the waters. ⑲And the waters prevailed

Civil Rights Complaint Pursuant to U.S.C. § 1983

## "THE WATERS RECEDE (GENESIS 8"

1  9 . exceedingly upon the earth; and all the high hills, that
   *Insert ¶ #*
2  were under the whole heaven, were covered. 20 Fifteen cubits
3  upward did the waters prevail; and the mountains were
4  covered. 21 All flesh died that moved upon the earth, both
5  of fowl, and of cattle, and of beast, and of every creeping
6  thing that creepeth upon the earth, and every man: 22 All
7  in whose nostrils was the breath of life, of all that was
8  in the dry land, died. 23 And every living substance was

10  10 destroyed which was upon the face of the ground, both
    *Insert ¶ #*
11  man, and cattle, and the creeping things, and the fowl of
12  the heaven; and they were destroyed from the earth;
13  and Noah only remained alive, and they that were with
14  him in the ark. 24 And the waters prevailed upon the
15  earth a hundred and fifty days. Genesis 8:1-29 And
16  God remembered NOAH, and every living thing, and all the cattle
17  that was with him in the ark: and God made a wind to pass

19  11 over the earth, and the waters assuaged. 2 The fountains
    *Insert ¶ #*
20  also of the deep and the windows of heaven were stopped, and
21  the rain from heaven was restrained. 3 And the waters returned
22  from off the earth continually: and after the end of the hundred
23  and fifty days the waters were abated. 4 And the ark rested
24  in the seventh month, on the seventeenth day of the month,
25  upon the mountains of Ararat. 5 And the waters decreased
26  continually until the tenth month: in the tenth month, on
27  the first day of the month, were the tops of the mountains

37

Page Number

1   112. Seen ⑤ And it came to pass at the end of forty days,
Insert ¶ B
2   that Noah opened the window of the ark which he had made:
3   ⑥ And he sent forth a raven, which went forth to and fro,
4   until the waters were dried up from off the earth. ⑧ Also
5   he sent forth a dove from him, to see if the waters
6   were abated from off the face of the ground: ⑨ But
7   the dove found no rest for the sole of her foot, and
8   she returned unto him into the ark, for the waters

10  113. were on the face of the whole earth: then he
Insert ¶ B
11  put forth his hand, and took her, and pulled her
12  in unto him into the ark ⑩ And he stayed yet other
13  seven days; and again he sent forth the dove out
14  of the ark; ⑪ And the dove came in to him in the
15  evening: and, lo, in her mouth was an olive leaf plucked
16  off: so Noah knew that the waters were abated from
17  off the earth. ⑫ And he stayed yet other seven days;
18  
19  114. and sent forth the dove; which returned not again
20  Insert ¶ B
21  unto him any more. ⑬ And it came to pass in the
22  six hundredth and first year, in the first month,
23  the first day of the month, the waters were dried
24  up from off the earth: and Noah removed the covering
25  of the ark, and looked, and, behold, the face of
26  the ground was dry. ⑭ And in the second, on the
27  seven and twentieth day of the month, was the
28  earth dried. ⑮ And God spake unto Noah, saying,